JS - 6
**FILED: 11/22/11**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Sarita G. Vasquez,* | CASE NO. CV 11-7751-GHK (SSx) |
| **Plaintiff,** | JUDGMENT |
| v. | |
| *American Home Mortgage Assets Trust 2006-5, Mortgage Backed Pass-Through Certificates, Series 2006-5, et al.,* | |
| **Defendants.** | |

Pursuant to the Court's November 22, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Sarita G. Vasquez's ("Plaintiff") claims against Defendants Deutsche Bank National Trust Company, as trustee for the American Home Mortgage Trust 2006-5, Mortgage Backed Pass-Through Certificates, Series 2006-05; Power Default Services, Inc.; and Mortgage Electronic Registration Systems, Inc. ("Defendants") are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 22, 2011

_____
GEORGE H. KING
United States District Judge